**Dated: March 23, 2024**
**The following is ORDERED:**

_____
**M. Ruthie Hagan**
**UNITED STATES BANKRUPTCY JUDGE**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: | Chapter 13 |
| LUKETHA SHALONTA DODSON-HILTON | |
| Debtor(s) | Case No.23-24932-H |
| SSN(1) XXX-XX-1412 | |

ORDER DIRECTING PRESENT EMPLOYER
TO CHANGE DEDUCTIONS

In this matter, it appearing to the Court that an order has been entered changing the debtor's plan payments.

IT IS THEREFORE ORDERED:

That the debtor's employer AMAZON change the deduction to $27.00 WEEKLY from the debtor's salary and forward same to:

Chapter 13 Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN  38119-3697

/S/ Jennifer K. Cruseturner
Chapter 13 Trustee

CC:   Jennifer K. Cruseturner

  LUKETHA SHALONTA DODSON-HILTON
  4441 SUNVALLEY DR
  MEMPHIS, TN  38109

  RYAN D RICH ATTY

  AMAZON
  PO BOX 80726
  SEATTLE, WA  98108

**Order Directing Employer to Change Payments**